```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
THONGCHONE VONGDENG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15 CR 176 TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;[PROPOSED] FINDINGS |
| vs. | |
| KHOONSRIVONG et al., | Date: December 10, 2015 |
| | Time: 9:30 a.m. |
| Defendants | Judge: Honorable Troy L. Nunley |

    The United States of America through its undersigned counsel, André M. Espinosa, Assistant United States Attorney, together with counsel for defendant Thongchone Vongdeng, John R. Manning, Esq., counsel for defendant Amber Collins, Erin J. Radekin, Esq., counsel for defendant Somaly Siv, Michael L. Chastaine, Esq., and counsel for defendant Jaffrey Brown, Todd D. Leras, Esq., hereby stipulate the following:

    1. By previous order, this matter was set for status conference on October 8, 2015.

    2. By this stipulation, the defendants now move to continue the status conference until December 10, 2015 and to exclude time between October 8, 2015 and December 10, 2015 under the Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

    a. The government intends to produce approximately 50,000 pages of discovery by mid October.

    b. Counsel for the defendants need additional time to review the anticipated discovery, conduct investigation, and interview potential witnesses.

    c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of October 8, 2015, to December 10, 2015, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:   September 30, 2015          /s/ John R. Manning
                                     JOHN R. MANNING
                                     Attorney for Defendant
                                     Thongchone Vongdeng

Dated:   September 30, 2015          /s/ Erin J. Radekin
                                     ERIN J. RADEKIN
                                     Attorney for Defendant
                                     Amber Collins

Dated:   September 30, 2015          /s/ Michael L. Chastaine
                                     MICHAEL L. CHASTAINE
                                     Attorney for Defendant
                                     Somaly Siv

Dated:   October 1, 2015             /s/ Todd D. Leras
                                     TODD D. LERAS
                                     Attorney for Defendant
                                     Jaffrey Brown

Dated:   September 30, 2015          Benjamin B. Wagner
                                     United States Attorney

                                     by: /s/ André M. Espinosa
                                     ANDRÉ M. ESPINOSA
                                     Assistant United States Attorney

**ORDER**

Date: October 2, 2015

_____
Troy L. Nunley
United States District Judge