```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
THONGCHONE VONGDENG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-CR-176 TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; |
| vs. | FINDINGS |
| KHOONSRIVONG et al., | Date:  February 4, 2016 |
| | Time:  9:30 a.m. |
| Defendants. | Judge: Honorable Troy L. Nunley |

    The United States of America through its undersigned counsel, André M. Espinosa, Assistant United States Attorney, together with counsel for defendant Thongchone Vongdeng, John R. Manning, Esq., counsel for defendant Amber Collins, Erin J. Radekin, Esq., counsel for defendant Somaly Siv, Michael L. Chastaine, Esq., counsel for defendant Meghan Paradis, Michael B. Bigelow, Esq., counsel for defendant Vuthiya Tim, Christopher R. Cosca, Esq., counsel for defendant Sequoia Valverde, Olaf W. Hedberg, Esq., and counsel for defendant Jaffrey Brown, Todd D. Leras, Esq., hereby stipulate the following:

    1.  By previous order, this matter was set for status conference on December 10, 2015.

    2.  By this stipulation, the defendants now move to continue the status conference until February 4, 2016, at 9:30 a.m., and to exclude time between

1  December 10, 2015 and February 4, 2016 under the Local Code T-4 (to allow
2  defense counsel time to prepare).
3      3.  The parties agree and stipulate, and request the Court find the
4  following:
5      a. On October 22, 2015 the government produced approximately 47,000
6         pages of discovery, a disc containing audio files, and a disc
7         containing video files.
8      b. Counsel for the defendants need additional time to review the
9         voluminous discovery, conduct investigation, and interview potential
10        witnesses.
11     c. Counsel for the defendants believe the failure to grant a
12        continuance in this case would deny defense counsel reasonable time
13        necessary for effective preparation, taking into account the
14        exercise of due diligence.
15     d. The government does not object to the continuance.
16     e. Based on the above-stated findings, the ends of justice served by
17        granting the requested continuance outweigh the best interests of
18        the public and the defendants in a speedy trial within the original
19        date prescribed by the Speedy Trial Act.
20     f. For the purpose of computing time under the Speedy Trial Act, 18
21        United States Code Section 3161(h)(7)(A) within which trial must
22        commence, the time period of December 10, 2015, to February 4, 2016,
23        inclusive, is deemed excludable pursuant to 18 United States Code
24        Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4
25        because it results from a continuance granted by the Court at the
26        defendants' request on the basis of the Court's finding that the
27        ends of justice served by taking such action outweigh the best
28        interest of the public and the defendants in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:   November 25, 2015         /s/  John R. Manning
                                   JOHN R. MANNING
                                   Attorney for Defendant
                                   Thongchone Vongdeng

Dated:   November 25, 2015         /s/  Erin J. Radekin
                                   ERIN J. RADEKIN
                                   Attorney for Defendant
                                   Amber Collins

Dated:   November 25, 2015         /s/  Michael L. Chastaine
                                   MICHAEL L. CHASTAINE
                                   Attorney for Defendant
                                   Somaly Siv

Dated:   November 25, 2015         /s/  Todd D. Leras
                                   TODD D. LERAS
                                   Attorney for Defendant
                                   Jaffrey Brown

Dated:   November 25, 2015         /s/  Michael B. Bigelow
                                   MICHAEL B. BIGELOW
                                   Attorney for Defendant
                                   Meghan Paradis

Dated:   November 25, 2015         /s/  Christopher R. Cosca
                                   CHRISTOPHER R. COSCA
                                   Attorney for Defendant
                                   Vuthiya Tim

Dated:   November 25, 2015         /s/  Olaf W. Hedberg
                                   OLAF W. HEDBERG
                                   Attorney for Defendant
                                   Sequoia Valverde


Dated:   December 1, 2015          Benjamin B. Wagner
                                   United States Attorney

                                   by:  /s/  André M. Espinosa
                                   ANDRÉ M. ESPINOSA
                                   Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 1st day of December, 2015.

                                                         Troy L. Nunley
                                                       United States District Judge