```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
THONGCHONE VONGDENG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:15-CR-176 TLN |
| Plaintiff, | ) STIPULATION REGARDING EXCLUDABLE TIME |
| vs. | ) PERIODS UNDER SPEEDY TRIAL ACT; |
| | ) FINDINGS AND ORDER |
| THONGCHONE VONGDENG, | ) Date: June 1, 2017 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Honorable Troy L. Nunley |

The United States of America through its undersigned counsel, Rosanne Rust, Assistant United States Attorney, together with counsel for defendant Thongchone Vongdeng, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on April 27, 2017.

2. By this stipulation the defendant now moves to continue the status conference until June 1, 2017 at 9:30 a.m., for a change of plea hearing and to exclude time between April 27, 2017 and June 1, 2017 under the Local Code T-4 (to allow defense counsel further time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

    a. On October 22, 2015, (and on subsequent dates for defendants who were arrested and arraigned afterward), the government produced

approximately 47,000 pages of discovery, a disc containing audio files, and a disc containing video files. The government also made other discovery available for review at its office. On April 5, 2016, the government produced 388 pages of additional discovery.

b. Counsel for the defendant needs additional time to review the voluminous discovery, conduct more investigation, and interview potential witnesses. Additionally, Mr. Vongdeng is a citizen of Laos, which has a very "complicated" political relationship with the U.S. As such, counsel for Mr. Vongdeng is not comfortable advising Mr. Vongdeng on the potential immigration related consequences of pleading guilty (or being found guilty by a jury). As such, I have engaged the services of the U.C. Davis Immigration Law Clinic to assist the defense in accurately determining the potential immigration related consequences to Mr. Vongdeng should he plead guilty or be found guilty by a jury. This process has just begun and counsel for Mr. Vongdeng needs additional time to gather the information requested by the U.C. Davis Clinic and they (the "Clinic") will need further additional time to review the material and prepare an analysis for the defense.

c. Counsel for the defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of April 27, 2017, to June 1, 2017, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 25, 2017 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Thongchone Vongdeng

Dated: April 25, 2017 Phillip A. Talbert
United States Attorney

by: /s/ Rosanne Rust
ROSANNE RUST
Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 26th day of April, 2017.

Troy L. Nunley
United States District Judge