JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
THONGCHONE VONGDENG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THONGCHONE VONGDENG,<br><br>    Defendant. | Case No.: 2:15 CR 176 TLN<br><br>ORDER TO SEAL DOCUMENT<br><br>Judge:  Hon. Troy L. Nunley |

GOOD CAUSE APPEARING, and for the reasons set forth in defendant THONGCHONE VONGDENG'S Request to Seal Document, it is the order of this Court that the aforementioned document be filed under seal, subject to a motion to unseal, for good show, pursuant to Local Rule 141(F).

The Court has considered the factors set forth in <u>Oregonian Publ'g Co. v. United States District Court</u>, 920 F.2d 7462 (9th Cir. 1990), and <u>In re Copley Press, Inc</u>., 518 F.3d 1022, 1028 (9th Cir. 2008).  That Court finds that, for the reasons sated in the defendant's request, sealing the document in connection with the defendant's entry of a guilty plea serves as compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by the defense would be harmed.  The Court further finds that there are no additional alternatives to sealing the document that would adequately protect the compelling interests identified by defense.

1  IT IS SO ORDERED

2  Dated:  June 15, 2017

Troy L. Nunley
United States District Judge

2