```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
THONGCHONE VONGDENG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:15-CR-176 TLN |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| vs. | ) JUDGMENT AND SENTENCING |
| THONGCHONE VONGDENG, | ) Date: October 12, 2017 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Honorable Troy L. Nunley |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for August 31, 2017. Counsel for the parties request the date for judgment and sentencing be continued to October 12, 2017 at 9:30 a.m. Assistant U.S. Attorney Andre Espinosa has been advised of this request and has no objection. U.S. Probation has also been advised of this request. The parties request the Court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:**                          **10/12/17**

   Reply, or Statement of Non-Opposition:                   10/5/17

   Motion for Correction of the Presentence Report
   Shall be filed with the Court and served on the
   Probation Officer and opposing counsel no later
   than:                                                     9/28/17

|   |   |   |
|---|---|---|
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | | 9/21/17 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | | 9/14/17 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | | 8/31/17 |

Dated:  July 19, 2017                    /s/   John R. Manning
                                         JOHN R. MANNING
                                         Attorney for Defendant
                                         Thongchone Vongdeng


Dated:  July 19, 2017                    Phillip A. Talbert
                                         United States Attorney

                                         by:  /s/   André M. Espinosa
                                         ANDRÉ M. ESPINOSA
                                         Assistant United States Attorney


**ORDER**

IT IS SO FOUND AND ORDERED this 25th day of July, 2017.


_____
Troy L. Nunley
United States District Judge