JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
THONGCHONE VONGDENG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-CR-176-TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING |
| vs. | |
| THONGCHONE VONGDENG, | Date: February 8, 2018 |
| Defendant. | Judge: Honorable Troy L. Nunley |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for December 7, 2017. Counsel for the parties request the date for judgment and sentencing be continued to February 8, 2018 at 9:30 a.m. Assistant U.S. Attorney André Espinosa has been advised of this request and has no objection. U.S. Probation has also been advised of this request. The parties request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **2/8/18** |
| Reply, or Statement of Non-Opposition: | 2/1/18 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 1/25/18 |

|  |  |
|---|---|
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 1/18/18 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 1/11/18 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 12/28/17 |

Dated: November 2, 2017        /s/ John R. Manning
                               JOHN R. MANNING
                               Attorney for Defendant
                               Thongchone Vongdeng

Dated: November 9, 2017        Phillip A. Talbert
                               United States Attorney

                               by: /s/ André Espinosa
                               ANDRÉ ESPINOSA
                               Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 14th day of November, 2017.

_____
Troy L. Nunley
United States District Judge