```
1    JOHN R. MANNING (SBN 220874)
     ATTORNEY AT LAW
2    1111 H Street, #204
     Sacramento, CA 95814
3    (916)444-3994
     jmanninglaw@yahoo.com
4
     Attorney for Defendant
5    THONGCHONE VONGDENG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:15-CR-176 TLN |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| vs. | ) JUDGMENT AND SENTENCING |
| | ) Date:  May 10, 2018 |
| THONGCHONE VONGDENG, | ) Judge: Honorable Troy L. Nunley |
| Defendant. | ) Time:  9:30 a.m. |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for February 8, 2018. Counsel for the parties request the date for judgment and sentencing be continued to May 10, 2018 at 9:30 a.m. Assistant U.S. Attorney Rosanne Rust has been advised of this request and has no objection. U.S. Probation has also been advised of this request. The parties request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **5/10/18** |
| Reply, or Statement of Non-Opposition: | 5/3/18 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | n/a |

| | |
|---|---|
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | n/a |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | n/a |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | n/a |

Dated: January 31, 2018          /s/ John R. Manning
                                              JOHN R. MANNING
                                              Attorney for Defendant
                                              Thongchone Vongdeng

Dated: January 31, 2018          McGregor W. Scott
                                              United States Attorney

                                              by: /s/ Rosanne Rust
                                              ROSANNE RUST
                                              Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 1st day of February, 2018.

_____
Troy L. Nunley
United States District Judge