JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
THONGCHONE VONGDENG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:15-CR-176 TLN |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| vs. | ) JUDGMENT AND SENTENCING |
| | ) |
| | ) Date:  May 10, 2018 |
| THONGCHONE VONGDENG, | ) Judge: Honorable Troy L. Nunley |
| | ) Time:  9:30 a.m. |
| Defendant. | ) |
| | ) |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for February 8, 2018.  Counsel for the parties request the date for judgment and sentencing be continued to May 10, 2018 at 9:30 a.m.  Assistant U.S. Attorney Rosanne Rust has been advised of this request and has no objection.  U.S. Probation has also been advised of this request. The parties request the Court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**                          **5/10/18**

Reply, or Statement of Non-Opposition:                 5/3/18

Motion for Correction of the Presentence Report
Shall be filed with the Court and served on the
Probation Officer and opposing counsel no later
than:                                                                  n/a

|   | The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | n/a |
|---|---|---|
|   | Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | n/a |
|   | The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | n/a |

Dated: January 31, 2018　　　　　　　　/s/ John R. Manning
　　　　　　　　　　　　　　　　　　　　JOHN R. MANNING
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　Thongchone Vongdeng

Dated: January 31, 2018　　　　　　　　McGregor W. Scott
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　by: /s/ Rosanne Rust
　　　　　　　　　　　　　　　　　　　　ROSANNE RUST
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 1st day of February, 2018.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　United States District Judge