```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
THONGCHONE VONGDENG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-CR-176 TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING |
| vs. | |
| THONGCHONE VONGDENG, | Date: June 14, 2018 |
| | Judge: Honorable Troy L. Nunley |
| Defendant. | Time: 9:30 a.m. |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for May 10, 2018. Counsel for the parties request the date for judgment and sentencing be continued to June 14, 2018 at 9:30 a.m. Assistant U.S. Attorney Rosanne Rust has been advised of this request and has no objection. U.S. Probation has also been advised of this request. The parties request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **6/14/18** |
| Reply, or Statement of Non-Opposition: | 6/7/18 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | n/a |

| | |
|---|---|
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | n/a |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | n/a |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | n/a |

Dated: April 30, 2018      /s/ John R. Manning
                                           JOHN R. MANNING
                                           Attorney for Defendant
                                           Thongchone Vongdeng

Dated: April 30, 2018      McGregor W. Scott
                                           United States Attorney

                                           by: /s/ Rosanne Rust
                                           ROSANNE RUST
                                           Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of May, 2018.

                                           Troy L. Nunley
                                           United States District Judge