JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
THONGCHONE VONGDENG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:15-CR-176 TLN |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) JUDGMENT AND SENTENCING |
| vs. | ) |
| | ) Date:  August 2, 2018 |
| THONGCHONE VONGDENG, | ) Judge: Honorable Troy L. Nunley |
| | ) Time:  9:30 a.m. |
| Defendant. | ) |
| | ) |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for June 14, 2018.  Counsel for the parties request the date for judgment and sentencing be continued to August 2, 2018 at 9:30 a.m.  Assistant U.S. Attorney André Espinosa has been advised of this request and has no objection.  U.S. Probation has also been advised of this request.  The parties request the Court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:**                    **8/2/18**

   Reply, or Statement of Non-Opposition:            7/26/18

   Motion for Correction of the Presentence Report
   Shall be filed with the Court and served on the
   Probation Officer and opposing counsel no later
   then:                                            n/a

```
            The Presentence Report shall be filed with the
            Court and disclosed to counsel no later than:         n/a
            Counsel's written objections to the Presentence
            Report Shall be delivered to the probation officer
            and opposing Counsel no later than:                   n/a

            The Presentence Report shall be filed with the
            Court And disclosed to counsel no later than:         n/a
```

Dated:  June 6, 2018                    /s/  John R. Manning
                                        _____
                                        JOHN R. MANNING
                                        Attorney for Defendant
                                        Thongchone Vongdeng


Dated:  June 6, 2018                    McGregor W. Scott
                                        United States Attorney

                                        by: /s/  André M. Espinosa
                                        _____
                                        ANDRÉ M. ESPINOSA
                                        Assistant United States Attorney


**ORDER**

IT IS SO FOUND AND ORDERED this 6th day of June, 2018.


_____
Troy L. Nunley
United States District Judge