1  JOHN R. MANNING (SBN 220874)
   ATTORNEY AT LAW
2  1111 H Street, #204
   Sacramento, CA 95814
3  (916)444-3994
   jmanninglaw@yahoo.com
4
   Attorney for Defendant
5  THONGCHONE VONGDENG

6
                    IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,            ) Case No.: 2:15-CR-176 TLN
10                                       )
                  Plaintiff,             ) STIPULATION AND ORDER CONTINUING
11                                       ) JUDGMENT AND SENTENCING
   vs.                                   )
12                                       ) Date:  August 2, 2018
   THONGCHONE VONGDENG,                  ) Judge: Honorable Troy L. Nunley
13                                       ) Time:  9:30 a.m.
                  Defendant.             )
14                                       )

15

16      The parties hereby stipulate the following:

17
        1. Judgment and sentencing in this matter is presently set for June 14,
18
           2018.  Counsel for the parties request the date for judgment and
19
           sentencing be continued to August 2, 2018 at 9:30 a.m.  Assistant
20
           U.S. Attorney André Espinosa has been advised of this request and
21
           has no objection.  U.S. Probation has also been advised of this
22
           request.  The parties request the Court adopt the following schedule
23
           pertaining to the presentence report:
24
           **Judgment and Sentencing date:**                    **8/2/18**
25
           Reply, or Statement of Non-Opposition:              7/26/18
26
           Motion for Correction of the Presentence Report
27         Shall be filed with the Court and served on the
           Probation Officer and opposing counsel no later
28         then:                                                n/a

```
        The Presentence Report shall be filed with the
        Court and disclosed to counsel no later than:         n/a
        Counsel's written objections to the Presentence
        Report Shall be delivered to the probation officer
        and opposing Counsel no later than:                   n/a

        The Presentence Report shall be filed with the
        Court And disclosed to counsel no later than:         n/a
```

Dated:  June 6, 2018                    /s/  John R. Manning
                                        JOHN R. MANNING
                                        Attorney for Defendant
                                        Thongchone Vongdeng


Dated:  June 6, 2018                    McGregor W. Scott
                                        United States Attorney

                                        by: /s/  André M. Espinosa
                                        ANDRÉ M. ESPINOSA
                                        Assistant United States Attorney


**ORDER**

IT IS SO FOUND AND ORDERED this 6th day of June, 2018.

Troy L. Nunley
United States District Judge