UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
August 2, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

THONGCHONE VONGDENG,

Defendant.

Case No. 2:15-CR-00176-02 - TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release THONGCHONE VONGDENG, Case No. 2:15-CR-00176-02 Charges 18 U.S.C. § 1029(b)(2) and 18 U.S.C. § 1029(a)(2), from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

\_\_X\_\_ (Other): Sentenced to TIME SERVED.

Issued at Sacramento, California on August 2, 2018 at 12:20 PM.

By: _____
District Judge Troy L. Nunley